**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**SOUTHEASTERN DIVISION**

| | | |
|---|---|---|
| ROGER T. STONE, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 1:16-CV-152 ERW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

Before the Court is Robert Wolfrum's motion to withdraw as counsel for movant. Having reviewed counsel's motion, the Court will grant the motion to withdraw. The Court will also reopen the present action and order the movant to show cause within thirty (30) days why this matter should not be dismissed for failure to prosecute.

Accordingly,

**IT IS HEREBY ORDERED** that Robert Wolfrum's motion to withdraw as counsel for movant [Doc. #7] is **GRANTED**.

**IT IS FURTHER ORDERED** that this action is **REOPENED**.

**IT IS FURTHER ORDERED** that movant shall show cause within thirty (30) days of the date of this Memorandum and Order why this action should not be dismissed for failure to prosecute.

Dated this 16th day of October, 2018.

_E. Richard Webber_

_____

E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE